United States District Court
Southern District of Texas
**ENTERED**
February 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWAYNE WALKER, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:19-cv-04454 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| THE CITY OF HOUSTON, *et al*, | § | |
| Defendants. | § | |

## ORDER

Pending are motions for summary judgment by Defendants. Dkts 37 & 38. Also pending is their motion to strike Plaintiff's summary judgment evidence. Dkt 52.

These motions are set for hearing in person on February 23, 2022, at 10:30 AM in Courtroom 8B.

SO ORDERED.

Signed on February 17, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge